IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

IN RE: JONATHAN DALE DRIVER  :  Chapter: 13
:
:
:
:  CASE NO:  4:16-14588-SHG
:

**NOTICE OF ADDRESS CHANGE**

Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP hereby changes its address for its claim number 2 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

    P.O. BOX 2358
    BEAUMONT, TX 77704

New Address for Notices and Payments:

    Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP

    c/o Becket & Lee LLP

    PO Box 3002 Dept. Conns

    Malvern, PA 19355-1245

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE: 6/2/2017