**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

THIS ORDER IS APPROVED.

Dated: April 6, 2018

**Scott H. Gan, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| JONATHAN DALE DRIVER | ) Case No.: 4:16-bk-14588-SHG |
| | ) **ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |
| Debtor | ) |

UPON APPLICATION OF Dianne C. Kerns, Esq., Standing Chapter 13 Trustee, and good cause appearing;

IT IS HEREBY ORDERED that the Trustee pay over the amount of $6024.07 to the Clerk of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010, and Section 347(a) of the Bankruptcy Code.

_____

SIGNED AND DATED ABOVE

_____