UNITED STATES BANKRUPTCY COURT
District of Arizona

In re:                                     )   Case No. 4:16-bk-14588
Jonathan Dale Driver                       )
                                           )
                                           )
            *Debtor(s)*                    )   Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 2/27/2023 , an application was filed for the Claimant(s), Jonathan Dale Driver , for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 6,024.07 held in unclaimed funds be made payable to the Claimant(s) Jonathan Dale Driver and be disbursed at the following address:
2372 W hidden view pl Tucson AZ 85742 .