# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Jonathan Dale Driver
2372 W Hidden View Pl
Tucson, AZ 85742–4509
SSAN: xxx–xx–4996
EIN:

Debtor(s)

Case No.: 4:16–bk–14588–SHG

Chapter: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On March 08, 2023, an application was filed for the Claimant(s), Jonathan Dale Driver, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $6,024.07 held in the unclaimed funds be made payable to the Claimant(s) **Jonathan Dale Driver** and be disbursed at the following address:

**JONATHAN DALE DRIVER**
**2372 W. HIDDEN VIEW PL**
**TUCSON, AZ 85742**

Date: 3/10/23